In the Matter of the Probate of the Will of MARY E. DONNELLY, Deceased.

ELIZABETH McGOWAN, Appellant; LIZZIE RIEDE, Respondent.

*Matter of Donnelly,* 140 App. Div. 859, affirmed.
(Submitted March 15, 1911; decided April 4, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1910, which affirmed a decree of the Kings County Surrogate's Court admitting to probate the will of Mary E. Donnelly, deceased.

*Thomas J. Farrell* for appellant.

*Samuel C. Worthen* and *Monte London* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, , WERNER WILLARD BARTLETT, HISCOCK and CHASE, JJ.   Absent: HAIGHT, J.